| | |
|---|---|
| PHILLIP A. TALBERT<br>Acting United States Attorney<br>ALSTYN BENNETT<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900<br><br>Attorneys for Plaintiff<br>United States of America | <br><br> |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Extradition of<br><br>JOSE TRINIDAD MARTINEZ SANTOYO<br><br>A/K/A "TRINO" | CASE NO. 2:21-mj-0125 KJN<br><br>ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**<u>UNDER SEAL</u>** |

**SEALING ORDER**

Upon application of Alstyn Bennett, Assistant United States Attorney for the Eastern District of California, appearing on behalf of the United States in fulfilling its treaty obligation to Mexico:

IT IS HEREBY ORDERED that the complaint and all other documents in this matter be sealed until further Order of the Court, except that the United States Government may disclose the existence and/or contents of the complaint, any supporting documents and docket entries, and the Arrest Warrant, to appropriate law enforcement or other personnel, both in the United States and internationally, to the extent that such disclosure is in the furtherance of efforts to obtain custody of or detain the fugitive.

It is hereby FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the complaint, any supporting documents, the Arrest Warrant, the Motion to Seal, and this Order until further order of the Court.

It is FURTHER ORDERED that the complaint, any supporting documents and docket entries,

the Arrest Warrant, the underlying Motion to Seal, and this Order may be unsealed upon oral motion of the Government to this Court or to any Court where the fugitive is first presented.

Dated: August 9, 2021

THE HONORABLE Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE