UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>JOSE TRINIDAD MARTINEZ SANTOYO,<br><br>　　　　Defendant. | No. 2:21–mj–125–KJN<br><br>ORDER RE: REQUEST TO SEAL |

    On June 13, 2022, the U.S. filed a request to seal documents related to Santoyo's bail review proceedings. (ECF No. 17.) The court has reviewed the documents, submitted for in camera review, and is inclined to order them produced to Santoyo and published on the docket, but with the following portions redacted: declaration, page 3, full sentence on lines 4-6 of ¶ 7 and the entirety of ¶ 8; related information in the request, page 1, lines 23 and 27-28, page 2 line 1 and line 14. If the U.S. disagrees with the court's inclination, it shall file further briefing with specific authority supporting the request to seal. This further briefing (or a statement of non-opposition), may be submitted ex parte as part of the U.S.'s June 13th request to seal. It shall be filed by the close of business June 17th, 2022.

Dated: June 14, 2022

SD, sant.125

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1