HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOSE MARTINEZ SANTOYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF JOSE MARTINEZ SANTOYO TO THE REPUBLIC OF MEXICO, | Case No:  2:21-MJ-00125-KJN<br><br>STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND MOTION HEARING<br><br>Date:  December 1, 2022<br>Time:  9:00 a.m.<br>Chief Magistrate Judge Kendall J. Newman |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, ALSTYN BENNETT, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, JOSE MARTINEZ SANTOYO, that the following dates be set for a briefing schedule and hearing, and that the current status conference date of September 29, 2022 be vacated:

| | |
|---|---|
| Defense Motion(s) | October 13, 2022 |
| Government Response(s) | November 10, 2022 |
| Defense Reply(s) | November 17, 2022 |
| Hearing Date on Motion(s) | December 1, 2022 at 9:00 a.m. |

//

//

Stipulation to set dates – MARTINEZ

The parties jointly request that the Court adopt this briefing schedule, vacate the current status conference date, and set the hearing as set forth about.

DATED: September 22, 2022         HEATHER E. WILLIAMS
                                  Federal Defender
                                  /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
                                  Attorney for Defendant
                                  JOSE MARTINEZ SANTOYO


DATED:  September 22, 2022        PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ Alstyn Bennett
                                  ALSTYN BENNETT
                                  Assistant U.S. Attorney
                                  Attorney for the United States


O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court further orders the parties to file by noon on Wednesday, September 28, 2022, a joint report on the status of the Extradition Certificate and topic of the Defendant's motion.

DATED: September 22, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation to set dates – MARTINEZ