HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Attorney for Defendant
JOSE MARTINEZ SANTOYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF JOSE MARTINEZ SANTOYO TO THE REPUBLIC OF MEXICO, | Case No: 2:21-MJ-00125-KJN<br><br>STIPULATION AND ORDER TO CONTINUE MOTION HEARING<br><br>Date: December 8, 2022<br>Time: 9:00 a.m.<br>Chief Magistrate Judge Kendall J. Newman |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, ALSTYN BENNETT, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, JOSE MARTINEZ SANTOYO, that the motion hearing set for December 1, 2022 at 9:00 a.m. be continued one week to December 8, 2022 at 9:00 a.m. because of unavailability of defense counsel.

DATED: November 1, 2022         HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ Rachelle Barbour
                                RACHELLE BARBOUR
                                Attorney for Defendant
                                JOSE MARTINEZ SANTOYO

DATED: November 1, 2022         PHILLIP A. TALBERT
                                United States Attorney

                                /s/ Alstyn Bennett
                                ALSTYN BENNETT
                                Assistant U.S. Attorney
                                Attorney for the United States

Stipulation – MARTINEZ

O R D E R

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

Dated:  November 1, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE