**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FILED
November 4, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE TRINIDAD MARTINEZ SANTOYO,<br><br>　　　　　　Defendant. | Case No. 2:21-mj-00125-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOSE TRINIDAD MARTINEZ SANTOYO</u> Case No. <u>2:21-mj-00125-KJN</u> Charges <u>18 USC § 3184</u> from custody for the following reasons:

| | |
|---|---|
| **X** | Release on Personal Recognizance and Probation Supervision |
| ____ | Bail Posted in the Sum of $ _____ |
| ____ | Unsecured Appearance Bond $ _____ |
| ____ | Appearance Bond with 10% Deposit |
| ____ | Appearance Bond with Surety (Secured Bond) |
| ____ | Corporate Surety Bail Bond |
| ____ | (Other): __ |

Issued at Sacramento, California on November 4, 2022, at 2:00 PM

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE