HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
JOSE MARTINEZ SANTOYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00125-CKD |
| Plaintiff, | ORDER AUTHORIZING TRAVEL |
| vs. | Judge: Hon. Carolyn K. Delaney |
| JOSE MARTINEZ SANTOYO, | |
| Defendant. | |

**ORDER**

The unopposed request for authorization to travel to Utah over the Thanksgiving holiday is GRANTED.

Dated: November 19, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER re: Travel – U.S. v. Martinez