ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF JOSE TRINIDAD MARTINEZ SANTOYO. | CASE NO. 2:21-MJ-00125-CKD<br><br>ORDER GRANTING UNITED STATES' MOTION TO REMAND |

Jose Trinidad Martinez Santoyo's release order (ECF 44) is REVOKED, and the U.S. Marshals Service is directed to take him into custody. The matter of the stay of extradition is continued to October 20, 2026 at 2:00 p.m., before this Court, to allow the defendant to seek reconsideration of the Court's order denying the defendant's motion to stay the proceedings pending the resolution of his appeal in case 2:25-cv-02656 TLN-CKD.

IT IS SO FOUND AND ORDERED

Dated: October 13, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE